### 17354.  JOHNSON v. LOCK.

BROYLES, C. J.   Where two cases were consolidated for trial, and separate verdicts and judgments thereon were rendered, and a direct exception to the verdicts and judgments was taken in a single bill of exceptions sued out by the losing party, the writ of error can not be entertained by this court.  *Askew* v. *Powell*, 30 *Ga. App.* 244 (117 S. E. 769), and cit.

*Writ of error dismissed.  Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1926.

Lien foreclosure, etc.; from city court of Dublin—Judge Bidgood.   April 16, 1926.

*W. A. Dampier,* for plaintiff in error. *M. H. Blackshear,* contra.

Appeal and Error, 3 C. J. p. 355, n. 57.

### 17358.  DILL v. THE STATE.

BROYLES, C. J.   1. The judge did not err in overruling the grounds of the motion for a new trial based upon alleged newly discovered evidence, as the evidence was impeaching in its character, and there was also a counter-showing (as to some of this evidence) by the State.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1926.

Larceny of cotton; from city court of Polk county—Judge Tison.   February 16, 1926.

*Mundy & Watkins,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1202, n. 70.